No. 478. MARY A. PARMELEE, AS ADMINISTRATRIX OF THE ESTATE OF DAVID PARMELEE, DECEASED, PLAINTIFF IN ERROR, *v.* CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY. In error to the Supreme Court of the State of Washington. Motion to affirm or transfer to summary docket submitted April 24, 1918. Decided April 29, 1918. *Per Curiam.* Judgment affirmed with

246 U. S.   Decisions on Petitions for Writs of Certiorari.

costs upon the authority of *Chicago Junction Ry. Co. v. King,* 222 U. S. 222; *Seaboard Air Line Ry. v. Padgett,* 236 U. S. 668, 673; *Seaboard Air Line Ry. v. Koennecke,* 239 U. S. 352, 355; *Great Northern Ry. Co. v. Knapp,* 240 U. S. 464, 466; *Baltimore & Ohio R. R. Co. v. Whitacre,* 242 U. S. 169.   *Mr. Arthur E. Griffin* and *Mr. Thomas B. McMartin* for plaintiff in error.   *Mr. Heman H. Field* for defendant in error.